AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____

IN CLERKS OFFICE
2005 FEB 11 P 1:57
U.S. DISTRICT COURT
DISTRICT OF MASS.

Paula Encarnacion

v.

United States of America

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-12021 MEL

TO: (Name and address of Defendant)

John D. Ashcroft, Attorney General
Attorney General of the United States
950 Pennsylvania Avenue N.W.,
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew L. Barrett, Esquire
McCarthy, Barrett, & Norton, P.C.
21 McGrath Hwy, Unit 301
Quincy, MA 02169

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

SEP 20 2004

(By) DEPUTY CLERK

FILED
IN CLERKS OFFICE

2005 FEB 11 P 1:57

U.S. DISTRICT COURT
DISTRICT OF MASS

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>JAN 11 2005 |
| 1. Article Addressed to:<br>John D. Ashcroft, Att. General of the U.S.<br>Department of Justice<br>950 Pennsylvania Ave<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0001 9014 0909 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-02-M-1540 |