AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

FILED
IN CLERK'S OFFICE
2005 FEB 11 P 1:57
U.S. DISTRICT COURT
DISTRICT OF MASS.

PAULA ENCARNACION

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 12021 MEL

TO: (Name and address of Defendant)

U.S. Attorney's Office, Suite 9200
One Courthouse Way
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew L. Barrett, Esquire
McCarthy, Barrett & Norton, PC
21 McGrath Hwy, Unit 301
Quincy, MA 02269

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: SEP 20 2004