AO 440 (Rev. 8/01) Summons in a Civil Action

---

## UNITED STATES DISTRICT COURT

District of _____ IN CLERKS OFFICE

2005 FEB 11 P 1:57

U.S. DISTRICT COURT
DISTRICT OF MASS.

PAULA   ENCARNACION

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

04  12021 MEL

CASE NUMBER:

TO: (Name and address of Defendant)

> Mary Anne Gibbons, General Counsel
> UNITED STATES POSTAL SERVICE
> 475 L'Enfant Plaza S.W.,
> Washington, DC 20260-1100

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Andrew L. Barrett, Esquire
> McCarthy, Barrett & Norton, PC
> 21 McGrath Hwy, Unit 301
> Quincy, MA 02169

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   SEP 20 2004

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mary Anne Gibbons, General Counsel
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6004
Washington, DC 20260-1100

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Maria Brown*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  M. Brown   C. Date of Delivery 1/11/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7004 1160 0001 9014 1029

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney's office
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7004 1160 0001 9014 0916

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery