UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAULA ENCARNACION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04 12021 RCL |
| | ) | |
| UNITED STATE OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATION OF THE DEFENDANT PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1, the defendant hereby certifies that it has conferred with agency counsel concerning projected expenses for this litigation as well as alternative dispute resolution programs that may at some point assist in resolving this litigation. The United States has no objection to trial before a Magistrate Judge.

Dated: 4-26-05        /s/ Teresa Pupillo by MJG
                      Teresa Pupillo
                      USPS Law Department - National Tort Center
                      PO Box 66640
                      St Louis, MO 63166-6640


Dated: 4-20-05        /s/ Mark J. Grady
                      Mark J. Grady
                      Assistant U.S. Attorney
                      John Joseph Moakley Courthouse
                      1 Courthouse Way, Suite 9200
                      Boston, MA 02210
                      (617) 748-3136