UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA ENCARNACION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04 12021 RCL |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1, the parties propose the following Discovery Plan and Motion Schedule for the Court to consider in connection with the initial scheduling conference in this matter currently scheduled for Wednesday, May 4, 2005, at 2:30 p.m. The United States and Plaintiff's counsel have conferred by correspondence and telephone on April 19, 2005 and dates following.

<u>Concise Statement of Plaintiff's Claims</u>

Defendant's driver negligently backed mail truck into Plaintiff's stopped vehicle. Defendant's driver had decided to change directions which precipitated backing up truck. Injury suffered by Plaintiff is documented by medical records.

<u>Concise Statements of Defendant's Claims</u>

The Plaintiff rear ended a stopped postal vehicle. Moreover, there appears to be no dispute that this collision occurred at speeds less than 5 m.p.h. and the Plaintiff's claimed injuries are, at best, highly questionable.

*Proposed Schedule*

| Event | Deadline |
|---|---|
| Completion of Written Fact Discovery and Depositions | October 21, 2005 |
| Rule 26(a)(2)(B) Disclosure of Trial Experts by the Plaintiff | November 21, 2005 |
| Rule 26(a)(2)(B) Disclosure of Trial Experts by the Defendant | December 21, 2005 |
| Completion of Expert Discovery, if Any, | February 28, 2006 |
| Deadline for Filing Dispositive Motions | April 7, 2006 |
| Final Pretrial Conference | To be scheduled by the Court |
| Trial | To be scheduled by the Court |

*Certification*

The parties have filed the certification Local Rule 16.1 requires.

*Conference with Counsel*

Pursuant to Local Rule 16.1(B) and Fed.R.Civ.P. 26(f), counsel for the parties have conferred.

| For the plaintiff,<br>MCCARTHY, BARRETT & NORTON | For the defendants,<br>MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY |
|---|---|
| /s/ Andrew Barrett by MJG<br>Andrew Barrett, Esq.<br>McCarthy, Barrett & Norton<br>21 McGrath Highway, Unit 301<br>Quincy, MA 02269<br>(617) 657-6350 | By:  /s/ Mark J. Grady<br>Mark J. Grady<br>Assistant U.S. Attorney<br>John Joseph Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3136 |