

**chael J. Sullivan**

**U.S. Department of Justice**

Mi

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*
*States Courthouse*

*Fax No. (617) 748-3971*

*John Joseph Moakley United*

*1 Courthouse Way - Suite 9200*
*Boston, Massachusetts 02210*

July 21, 2005

Andrew Barrett
McCarthy, Barrett & Norton, PC
21 McGrath Highway, Unit 301
Quincy, MA 02169

Re:    <u>Encarnacion v. United States</u> USDC#04-CV-12021-RCL

Dear Attorney Barrett:

    I have forwarded several faxes noting that your clients initial discovery responses were overdue and noting that if an extension is required that you should contact me to discuss the issue. To date, I have received no response. Please consider this letter an initiation of a conference to resolve an outstanding discovery dispute pursuant to Local Rule 37.1

    Thank you for your attention to this matter. Please feel free to contact me at (617) 748-3136.

                                          Very truly yours,
                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                          Mark J. Grady
                                          Assistant U.S. Attorney