# McCarthy, Barrett & Norton, PC
## Attorneys at Law

21 McGrath Highway • Unit 301
Quincy, Massachusetts 02169
Tel 617-657-6350 • Fax 617-657-6297

Matthew J. McCarthy
Andrew L. Barrett
David T. Norton

Robert W. McCarthy
*of counsel*

RECEIVED
U.S. ATTORNEY
05 JUL 28 PM 3:25

1493 Dorchester Avenue
Boston, Massachusetts
Tel 617-288-4345
Fax 617-288-4989

July 26, 2005

<u>VIA FIRST CLASS MAIL</u>
Mark J. Grady, Esq.
Assistant U.S. Attorney
U.S. Department of Justice
John Joseph Moakley United States Courthouse
1 Courthouse Way – Suite 9200
Boston, MA 02210

RE:  <u>Encarnacion v. United States</u>
     USDC#04-CV-12021-RCL

Dear Mr. Grady:

Per our conversation today, this is to confirm that you have agreed to extend the time for responding to your client's discovery requests by thirty days from this date.

Thank you for your consideration and attention to this matter.

Very truly yours,

Andrew L. Barrett

ALB/bv
Cc:  Paula Encarnacion