Department of Justice                                  Michael J. Sullivan
United States Attorney's Office                        United States Attorney
John Joseph Moakley United States Courthouse           District of Massachusetts
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

Main Reception: (617) 748-3100



# Facsimile Transmission Cover Page

**TO:**   Andrew Barrett

---

### SENSITIVE U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.

---

**FROM:**   M. Grady

    <u>Sender's Phone No.</u>: (617) 748-3136

    <u>Sender's Receiving Fax No.</u>: (617) 748-3969

    <u>Recipient's Fax No.</u>: 617 657-6297

    Date: <u>6-10-05</u>         Pages: <u>1</u>

    Re: I note that answers to the Defendant's initial discovery requests were due on or about June 10, 2005. If you require an extension, please contact me.

---

## INSTRUCTIONS

IMMEDIATELY NOTIFY SENDER OF ANY DIFFICULTIES IN TRANSMISSION.

<u>["X" for a receipt notification]</u>    PLEASE NOTIFY SENDER OF RECEIPT BY TELEPHONE.

```
***********************
***   TX REPORT     ***
***********************

TRANSMISSION OK

TX/RX NO            4940
CONNECTION TEL      816176576297
SUBADDRESS
CONNECTION ID
ST. TIME            06/30 09:35
USAGE T             00'16
PGS. SENT           1
RESULT              OK
```

Department of Justice
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

Main Reception: (617) 748-3100

Michael J. Sullivan
United States Attorney
District of Massachusetts



## Facsimile Transmission Cover Page

**TO:**     Andrew Barrett

---

### SENSITIVE U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.

**FROM:** M. Grady

Sender's Phone No.: (617) 748-3136

Sender's Receiving Fax No.: (617) 748-3969

Recipient's Fax No.: 617 657-6297

Date: 6-10-05      Pages: 1