

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*Fax No. (617) 748-3971*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way - Suite 9200*
*Boston, Massachusetts 02210*

September 12, 2005

Andrew Barrett
McCarthy, Barrett & Norton, PC
21 McGrath Highway, Unit 301
Quincy, MA 02169

Re:  <u>Encarnacion v. United States</u> USDC#04-CV-12021-RCL

Dear Attorney Barrett:

     By agreement, your responses to initial discovery request were to be provided on or before August 26, 2005. To date, I have received no response. Please consider this letter an initiation of a conference to resolve an outstanding discovery dispute pursuant to Local Rule 37.1

     Thank you for your attention to this matter. Please feel free to contact me at (617) 748-3136.

Very truly yours,
MICHAEL J. SULLIVAN
United States Attorney

Mark J. Grady
Assistant U.S. Attorney