UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**PAULA ENCARNACION**

V.  CIVIL ACTION NO. **04-12021-RCL**

**UNITED STATES**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Order of December 1, 2005 allowing the motion to dismiss of the defendant United States, Judgment is hereby entered as follows: Judgment for the defendant United States of America dismissing this action.

December 1, 2005                                            /s/ Lisa M. Hourihan
                                                            Deputy Clerk